**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 3 2017

JEFFREY P. COLWELL
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. **'17 - CV - 01704**
(To be supplied by the court)

Kathryn Mulken
Laurette Lyon _____, Plaintiff,

v.

Mayor Phil Rico _____,

D. Attorney Henry Solano _____,

Asst City Manager. Audra Garrett

Trinidad City Council (excluding. Carlos Lopez),

Trinidad Law Enforcement (excluding Charles Glorioso),

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

---

## COMPLAINT

---

(Rev. 07/06)

**Plaintiffs**

Kathryn Mullen
Laurette Lyon
419 W Main St
Trinidad Colorado 81082

214-916-9888 Ms Mullen
210-409-9649 Ms Lyon

**Defendants**

Les Downs
Attorney for City of Trinidad
135 Main St Trinidad Colorado 81082

Mayor Phil Rico
Assistant city manager Audra Garrett
Trinidad City Council (excluding Carlos Lopez)
134 N. Animas St
TRINIDAD COLORADO 81082
719-846-9843

District Attorney Henry Solano
200 E First St
TRINIDAD COLORADO 81082
719-846-9224

Trinidad Police Department
200 E First St 81082

**Plaintiffs**

Kathryn Mullen
Laurette Lyon
419 W Main St
Trinidad Colorado 81082

214-916-9888 Ms Mullen
210-409-9649 Ms Lyon

**Defendants**

Les Downs
Attorney for City of Trinidad
135 Main St Trinidad Colorado 81082

Mayor Phil Rico
Assistant city manager Audra Garrett
Trinidad City Council (excluding Carlos Lopez)
134 N. Animas St
TRINIDAD COLORADO 81082
719-846-9843

District Attorney Henry Solano
200 E First St
TRINIDAD COLORADO 81082
719-846-9224

Trinidad Police Department
200 E First St 81082

## PARTIES

1. Plaintiff _Kathryn Mullen_ _Laurette Lyon_ is a citizen of _Texas, USA_ _Texas, USA_

   who presently resides at the following address:
   _419 W. Main St. Trinidad, Co, 81082 until July 18, 2017._

2. Defendant _Mayor Phil Rico_ is a citizen of _Colorado, USA_

   who live(s) at or is/are located at the following address:
   _135 N. Animas St. Trinidad Co, 81082_

3. Defendant _D.A. Henry Solano_ is a citizen of _Colorado, USA_

   who live(s) at or is/are located at the following address:
   _200 E. First St. Trinidad, Co., 81082_

   (Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:
   _U.S. District Court, State of Colorado._

5. Briefly state the background of your case:

   _Liscensed business existed for eight (8) months was forced to close by law enforcement via strong arm tactics at the behest of city management. History of corruption extant in Las Animas County._

# FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

PLEASE SEE NEXT PAGE AND

ATTACHMENTS

(Rev. 07/06)

3

## Statement of Claim
## alleged against
## City Of Trinidad Colorado
**Management, City of Trinidad agents and representatives
and unnamed co conspirators in law enforcement and private business**

**Outline Summary**

**Kathryn Mullen
Dallas, Texas
214-916-9888 Kathryn Mullen**

**Laurette Lyon
San Antonio, Texas
210-409-9649 Laurette Lyon**

**Owners
FEED YOUR HEAD SHOP
419 West Main St Trinidad Colorado 81082
719-433-8383 store
FEEDYOURHEAD419@gmail.com**
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

STATEMENT OF CLAIM

0. In spring 2016, for an unknown reason, Mayor Phil Rico inserted himself into Ms. Mullen's private business negotiation, contacting the other party in Ms. Mullen's negotiation and compromised two months of Ms. Mullen's professional efforts done to benefit Trinidad.

Ostensibly, because Mr Rico would not financially benefit from the donation of paint, as his Hardware store does not carry the brand that was donated.
After Ms Mullen sent a complaint and report of the intrusion, (see attachment #1)
City Manager Gabe Engelund and City Attorney Les Downs reprimanded and punished Mayor Phil Rico for his tortious actions and efforts to sully Ms.Mullen's professional reputation.

In sum, this aggressive and egregious effort by Mayor Phil Rico to damage Ms Mullen's professional reputation was the FIRST of several aggressive actions toward Ms Mullen and Ms Lyon by Mayor Rico as "pay back".
(see attachment #1 email letter to Gabe Engelund)

1.Business Owners in TRINIDAD, Colorado

    A. Kathryn Mullen and Laurette Lyon received their business license as a gift shop and smoke lounge from the city of Trinidad in July 2016 (see attachemnt #2)
        i. opened as a gift shop and cannabis enjoyment lounge
        Ii. Opened August 29 2016
        Iv. City provided no Welcome Packet of vital business/city information

2. Cannabis Lounge is a 10,000+ square foot luxury indoor/outdoor venue where adults 21 Years old and with a valid ID may

        i. take respite from the weather
        Ii. refresh themselves with prepackaged beverages and snacks
        Iii. shop for Trinidad Souvenirs
        Iv. purchase art from local Artists and Artisans
        V.enjoy an outdoor picnic table
        Vi. enjoy their legal cannabis purchase

3. Our Cannabis Lounge DOES NOT PROVIDE, PROVIDE FOR DONATION, SELL OR GIFT CANNABIS. IT IS a BRING YOUR OWN CANNABIS PURCHASE HERE Business Model.

4. Initial City attitude toward our business
        Ii. very supportive and positive city attitude toward our business
        Iii. confirmation of support directly from City Council member Carlos Lopez *at one of our events*
        iv. echoing CM Gabe Engelund support of our business
        v. City attitude toward cannabis dramatically changed when City Manager Gabe Engelund left.
        Vi. city employees shopped here
        Vii. law enforcement and economic development toured

5. Mayor Phil Rico became dominant negative influence in city management in March 2017.

        I. city attitude toward cannabis changed
        Ii. overall tone of city hall went negative
        Iii. city employees attitudes changed for the worse

6. Conspiracy by certain city officials to covertly cause closure to our business:

        Ii.including but not limited to:

        ii.Mayor Phil Rico, anti cannabis. Phil Rico has a demonstrated aggressive and previously punished, personal bias toward Ms Mullen.

iii.Asst City Manager Audra Garrett on several occasions gave disparaging and false information to relevant third parties about our business, our viability and city permissions on events being sold.

iv.City Council members aggressively anti cannabis, Councilman Mattais is suspected of criminality,

Vi. Councilman Bonato has no actual knowledge of cannabis and is vehemently anti cannabis. Known cohorts of Phil Rico .

Vii Several unannounced visits to the business during business hours by unnamed members of the Trinidad Police department: **two visits from the Chief of police,** Charles Glorioso himself (five visits from the Trinidad Police the week of Memorial day weekend) removing him from attending more important issues.

Viii. DA Henry Solano edict disallowing gifting of cannabis via a hand delivered letter contrary to Colorado Constitutional law, effectively destroying the business ability to educate and inform the cannabis buying public.
(see attachment #3 Email from DA Solano)

Ix. unnamed private business owners colluded with city management to enforce covert Ex Post Facto legislation to close the owner's business

7. Ms Mullen and Ms Lyon were

I. told to remove all visible signage May 27, 2017 the day before Memorial day holiday, a key day for profitability. Other Trinidad businesses set sales records.
ii. NEVER notified they were in violation of any city ordinance
Iii. NEVER notified **in writing** they were in violation of a city ordinance
iv. NEVER notified **in writing** by the city as to why they had to remove all visible signage, **INCLUDING THEIR OPEN SIGN and a sign that simply read LOUNGE.**
v . NEVER notified in writing of any warning that non compliance of the unknown violation would result in a visit from the police.
Vi. Ms Mullen and Ms Lyon were tacitly told non compliance with the NO SIGNS decree would result in arrest, by both Chief Glorioso and unnamed officers on separate visits.

8. Ms Mullen and Ms Lyon have still not received from the city of Trinidad ANY written warning, notice, or new business welcome packet outlining their obligations and deadlines for city compliances of any type.

9. Ms. Mullen and Ms. Lyon's easy availability to be notified by the city of any violations. Ms. Mullen and Ms. Lyon:

i.Participated in several city wide events (one as organizer)
ii.Had two meetings with city leaders
iii.Share courtyard and parking lot with city hall
iv.Regularly interact with city management on all levels
V. Spoke at two city council meetings
Vi. Spoke at Tourism meeting

10. Business co-existed happily with the city for eight months

i.City Manager Gabe Engelund left in February/ March
ii.Problems began with Mayor Phil Rico immediately after CM Engelunds departure

11. City Manager Gabe Engelund

i.Pro cannabis, pro business: Trinidad thrived
ii.Knew of our business model .
iii.Ours was "one of the best biz plans the city had seen" (ref.- Jonathan Taylor Trinidad Economic Development)
iv.CM Gabe Engelund Left in February/ March
v.Problems started mid March

12. Mayor Phil Rico colluded with unnamed members of the Trinidad City Council, Police department and private business to close Ms Mullen and Ms Lyons business via a moratorium on cannabis lounges: spreading the word that cannabis lounges were illegal and entry to one could cause arrest of the guest. Causing the general public to assume criminality on the part of the business owners.

13. NOT not moratorium BUT Indefinite Ban- City Council voted in a moratorium on cannabis lounges with no conditions or time limits.

14. City Management actually enacted covert Ex Post Facto legislation in order to close the existing licensed cannabis enjoyment lounge business and eliminate other individuals from opening another cannabis enjoyment lounge business.

15. City Management engaged the Trinidad Police Department in harassment, intimidation, coercion with NO CAUSE in order to intimidate the business owners into closing their business Dereliction of Duty by Law Enforcement

I.    Business owner reported their four tires being cut in front of their W. Main St business to Trinidad Police.

II.    Resulted in the business owner being targeted AT HER RESIDENCE by THREE ARMED POLICE OFFICERS, ONE READY TO DRAW OUT HIS FIREARM intending to arrest her.

III.    SHE was arrested and held for 8 hours over a two year old parking ticket from another county. A complaint was filed with city manager Gabe Engelund.
(see attachment #4 Complaint to Gabe Engelund TPD)

IV.    Business owner reported home invasion, forced entry and vandalism to her commercial business and responding officers REFUSED TO TAKE THE REPORT or INTERVIEW THE VICTIM.

V.    The Officers told the business owner they had determining the issue to be a civil matter and left.

VI.    The Business owner had to write out and file her own Police Report with the Detective Jennifer Lay. (see attachment #5 Email to Det J Lay))

VII.    NO ACTION was taken on the home invasion, forced entry, vandalism of a commercial business report.

**VIII.** Ms Mullen wrote a statement about a Prowler lurking in their backyard around Ms lions trailer. The statement was sent to detective Jennifer Lay.
Detective Lay refused to take the statement saying only it needed to go to the police main number.
Only when Ms Mullen contacted Chief Charles Glorioso was she assured patrols would be increased in the City Hall Parking Lot area where a heroin dealer had previously been reported apprehended and arrested thanks to Ms Mullen reporting the heroin dealer to police.
(see attachment #6 email to Det JLay and Chief Charles Glorioso)
16. City Management sent the Police to our NON CANNABIS business

      i. ZERO TIMES FROM OPEN DATE TO March 15
      ii.10 times since March
      iii. Five times in six days / 10 times since March
      Examples-

i. Visit at 10 pm on an event night by three 19 yo girl friends from "out of town" saying they "heard 19 was legal age" in Trinidad. One has curly blonde hair one has straight hair and one had black hair. (about March 17, 2017)

ii. Visit by two underage "sisters" looking
for entry. (The two "sisters" was also two of the 19 year olds from the previous visit)
(about March 27, 2017)

iii. Two phone calls, out of the clear blue, from two people we don't know:
from a male claiming his father was very ill from cancer, then his "mother" who called asking Ms Mullen for medical advice regarding CBDs and cancer treatment. (about May 16, 2017)

v. A visit from a "tweaker" guy and the dark haired "19 yo sister" of the curly haired girl who identified as needing something for "their brother" who is addicted to narcotics.
(Our shop cop followed them to a concealed parking location and watched them embrace affectionately as "in a relationship" before driving away in a new black charger with dark tinted windows. (about May 20, 2017)

vi. Curly haired "sister" tresspasses on our property in order to better view the activities within the lounge. (about April 18, 2017)

17 . Sudden unwritten city edict sent from **"the city"** to remove all signage including our OPEN sign the day before Memorial Day, a key profit date.

      I. **Sent Chief of Police Glorioso to tell us to remove ALL our signage TWICE in one week**
      ii. When queried by whom Chief Glorioso replied **"the city"**
      Ii. When Ms Mullen requested the open sign be left up Chief Glorioso replied **"he said no signs at all"**

18. Corruption and collusion closed private business

    A.  clear cut physical evidence of bias exists with respect to cannabis business

        I.    Word cannabis displayed in other businesses on Commercial Street and on Highway 25 and exit 11.
        II.   Very large pictures of Marijuana leaves on the windows of Faragosi Farms Dispensary  on Main St.
        III.  Repeated violations of city occupancy, fire safety and assembly codes, MED violations by FREEDOM ROAD Dispensary, a HIGHLY REGULATED business on Main Street Trinidad;
        IV.  THAT RECENTLY INCURRED CHARGES OF MED VIOLATIONS, Sexual Harassment claims against the Manager Jackson Pixley alleged by female employees,
           And fraud perpetrated upon NV Graphics of Trinidad for theft of services and goods via non-payment for FREEDOM ROAD's outdoor sign

19. Yet FREEDOM ROAD Dispensary, a HIGHLY REGULATED BUSINESS continues.

20. It is clear that certain people in city management and law enforcement were colluding and conspiring to close our business;
to intimidate and harass the business owners into closing,
to Intimidate and harass the guests of the business
in violation of the Colorado constitution and the American Constitution.

> i. via written letter disallowing "gifting" of cannabis
> Ii. Permanent disallowance and or non provision of a
> iii. non-endangering and private cannabis assembly lounge (as per Colorado Constitution Article 18 Section 16)
> Iv. Disallowance of another safe public or private cannabis consumption location or venue for adult tourists to assemble peacefully. (US Constitution)
> V. indefinite City moratorium on smoke lounges Ex Post Facto covertly executed.
> Vi. Under the table ex post facto legislation enacted to the detriment of a private business
> Vii. Under the table ex post facto legislation, creating unnecessary legal issues and expenses to intentionally separate the plaintiffs from their investment funds, thus closing their business
> Viii. Destroy the possibility of the plaintiffs buying the building and opening a cannabis lounge.
> Ix.Destroying the plaintiffs creditworthiness
> x. and professional reputation
> Xi. In order to advance themselves, enrich themselves and the City via private interests and protect an easily identifiable criminal activity organization.

**ALLEGATIONS AGAINST**
**CITY OF TRINIDAD Management and Trinidad Law Enforcement**

A. In the knowledge that Mayor Phil Rico is aggressively anti Ms Mullen and anti cannabis,
DA Henry Solano is anti-cannabis,
the Trinidad City Council is anti cannabis (except for Councilman Carlos Lopez)
And that they are cohorts on the city council; as well as the common knowledge that an unnamed wealthy businessman in Trinidad is anti cannabis and influences Mayor Rico's decisions:
**we allege Collusion in**
**VIOLATION OF United States Title 18 SS 1962 RICO ACT**

16. In the knowledge that PROVEN AND PROSECUTED WITHOUT DOUBT collusion and conspiracy exists on ALL LEVELS of City and County government as evidenced by:

http://www.prosecutorialaccountability.com/2015/02/11/co-supreme-court-puts-da-on-probation-for-serial-misconduct-da-remains-in-office/

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

PLEASE SEE NEXT PAGE
AND ATTACHMENTS

https://www.ravellaw.com/opinions/92aa598f8b5471fd5c86e8ec4fb32f98

http://www.thechronicle-news.com/local/district-court-judge-ousts-abeyta-from-county-commission/article_b724ca10-56b4-11e7-98bb-0bfc16970547.html

https://huerfanoworldjournal.com/lopez-family-tomb-vandalized-desecrated/

http://www.thechronicle-news.com/local/casias-comments-on-jail-conspiracy-wants-open-commissioner-seat/article_ed778cb4-5c19-11e7-a448-f3f38ea020cb.html

http://www.thechronicle-news.com/local/inmates-gain-access-to-evidence-room-weapons-at-la-county/article_d0f2a798-59e1-11e7-9873-537ba3db1d17.html

Trinidad Chronicle week of July 1 2017 Councilman Mattias ethics charges investigated. 6/2017

Also in the knowledge and understanding that most all of the players and secondary players in these collusions and conspiracies are still in office or influencing the decisions of those in office: Mayor Rico influences city employees such as the City Council (except for Councilman Carlos Lopez), District Attorney Henry Solano, Assistant City Manager Audra Garrett and Chief of Police Charles Glorioso as well as the low level Trinidad Police Officers:

**we allege Conspiracy**
**in VIOLATION OF United States Title 18 SS 1962 RICO ACT**
**in VIOLATION OF United States title 18 SS 241 Conspiracy against rights**
**In VIOLATION of 5.1.A. section 1983 Reconstruction Civil Rights Act**

17. In the knowledge that a wealthy business person influences Mayor Phil Rico who has influence over the Trinidad Police Department as a whole, regardless of Chief Gloriosos authority:
**we alleged Coercion and Intimidation**
**in VIOLATION OF United States title 18 SS 241 Conspiracy against rights**
**in VIOLATION OF United States Title 18 SS 1962 RICO ACT**
**In VIOLATION of 5.1.A. section 1983 Reconstruction Civil Rights Act**

**18. In the knowledge and experience that Mayor Phil Rico has no limit to what he will order to prohibit Ms Mullen and Ms.Lyon from "pursuit of happiness", that there is a history of criminal retribution against whistleblowers in Las Animas county;**
**(see attachemnt #2)**

**that strange occurrences relating to the personal safety of Ms Mullen and Ms Lyon and their residential building on Main St;  occurred within 72 hours of the city receipt of the original three Notice of Claim;**
**Their SUV suddenly spontaneously accelerates to maximum mph**

## THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

PLEASE SEE NEXT PAGE
AND ATTACHMENTS

**Prowlers in their backyard**
**Damage to property on their back yard**

**Ms Mullen and Ms Lyon reported their concerns about their personal safety by retaliation from the city and their extant criminality THE DAY AFTER THEY FILED THE NOTICES with the State and were instructed by the state of Colorado legislative legal department to notify the Colorado FBI. In genuine concern for their safety Ms Mullen and Ms. Lyon did so.**

**Demonstrating a VIOLATION OF US TITLE 18 ss 241 Conspiracy against rights.**

Summary,

In the knowledge and first hand experience by Kathryn Mullen and Laurette Lyon,
 that ALL OF THESE EVENTS OCCURRED;
within the scope of practice of and by the Defendants identified herein;
and within the defendant's ability to influence the outcome of events,

The defendants did act maliciously and with forethought using intimidation, coercion, harassment to close a licensed private business in the city of Trinidad,
thereby preventing the business owners "free exercise or the enjoyment of the rights and privileges secured to them by the Constitution or Laws of the United States or because of his having exercised his right to do same."
**(in VIOLATION of Title 18 United States Code SS 241 Conspiracy against Rights)**

 thereby "depriving the business owner's rights, privileges and immunities secured by the Constitution and law,"
**(in VIOLATION of 5.1.A. Section 1983 Reconstruction Civil Rights Act)**

Acting in concert the Mayor Phil Rico, District Attorney Henry Solano, Assistant City Manager Audra Garrett, members of the Trinidad City Council (excluding Councilman Carlos Lopez) did act in collusion and conspiracy; in the knowledge that extensive corruption, conspiracy and collusion exists and has been historically and legally proven and prosecuted, existing in Trinidad and Las Animas County; existing to influence all things including private business and everyday life in Trinidad, Las Animas County Colorado demonstrates
**VIOLATION of the RICO ACT**
**Section 901(a) of the Organized Crime Control Act of 1970 (Pub.L. 91–452, 84 Stat. 922, enacted October 15, 1970), and is codified at 18 U.S.C. ch. 96 as 18 U.S.C. §§ 1961–1968.**

**In Sum,**

**Kathryn Mullen Dallas, Texas**
**and**

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

ACTS OF RESOLUTION BY THE CITY OF TRINIDAD INCLUDING LIFT MORITORIUM ON SMOKE LOUNGES ET AL AS STATED IN FOLLOWING DOCUMENTS. $21 MILLION IN COMPONSETORY DAMAGES AND OTHER DAMAGES SPECIFIED HEREIN.

Date: _____

_____
(Plaintiff's Original Signature)

_____
(Street Address)

_____
(City, State, ZIP)

_____
(Telephone Number)

Laurette Lyon  San Antonio, Texas
This day July 11, 2017
Allege the aforementioned claims against the City of Trinidad, Colorado and specific Agents and Representatives of the City of Trinidad and Trinidad Law Enforcement and respectfully request the court to honor the request for Resolution and Relief.


**Resolution**
**July 11, 2017**

As resolution and rectification of this very important and time sensitive issue, we respectfully request that immediate action be taken:

**The City of Trinidad-**

**Commence a Federal Investigation into city corruption ON ALL LEVELS IMMEDIATELY**

**Investigate for corruption:**
**Mayor Phil Rico**
**Members of the Trinidad City Council**
**(excluding Councilman Carlos Lopez)**
**District Attorney Henry Solarno**
**Assistant City Manager Audra Garrett**
**Unnamed Trinidad Law Enforcement  (EXCLUDING CHIEF CHARLES GLORIOSO)**
**Unnamed well known wealthy private business owner**

**IMMEDIATELY RESCIND THE MORATORIUM ON CANNABIS LOUNGES IN TRINIDAD**

**PROVIDE PUBLIC OR SUPPORT PRIVATE CANNABIS LOUNGES FOR THE CANNABIS ENJOYING PUBLIC IN TRINIDAD**

Make every effort to clearly outline the rules and laws surrounding the use of cannabis in Colorado; in out of state media, tourist info, street signage, printed literature and all media, especially to Texas New Mexico Oklahoma and Kansas

Improve the city management attitude toward the cannabis that bought them new fleet trucks and cars and pay raises to the city leaders.

Provide a safe, scenic riverside cannabis enjoyment area.

Provide a visible and welcoming Colorado Cannabis Welcome Center to fully inform and educate tourists of the benefits and hazards of legal cannabis.

To make accessible small business cannabis centric business development micro loans TO PRIVATE individuals

 - IN PROPORTION TO THE AMOUNT OF MONEY EARNED FROM CANNABIS REVENUES in the city.


**RELIEF-**

Compensatory damages paid to Ms Mullen and Ms Lyon in the amount of $21 million dollars for

Emotional and  Physical conditions created and/or exacerbated by the alleged Criminality of Trinidad City Management and Trinidad Law Enforcement

Financial and Legal issues created and/or exacerbated by alleged Criminality of Trinidad City Management and Trinidad Law Enforcement

Personal losses ie: personal residences of both Ms. Mullen and Ms. Lyon, clothing, household items, loss of the feeling of security and safety, loss of feeling of protection by Trinidad Police

Professional reputation damages and future business losses incurred by the alleged Criminality of Trinidad City Management and Trinidad Law Enforcement

Loss of their business investment

Physical safety endangered by loss of protection by Trinidad Law Enforcement,

Ms Mullen's and Ms Lyons material safety and safety of their commercial building is compromised.

harassment endured by Trinidad Law Enforcement,

for causing a law abiding business owner to have a Colorado arrest record.

Aggressively preventing via conspiracy, coercion, harassment and intimidation, the business owner's Constitutional Right to "life, liberty and the pursuit of happiness"

Aggressively preventing via conspiracy, coercion, harassment and intimidation, the business owner's Constitutional Right to provide a venue for "peaceful assembly" of the public.

Ms. Mullen and Ms. Lyon respectfully request the Court to honor their request for $21 million dollars in current actual damages, physical diminishment damages, professional and personal reputation diminishment and future personal and business earnings losses, compensatory damages; as well as punitive or exemplary damages for the alleged criminality of Trinidad City Management and Trinidad Law Enforcement in

Violation of
> Title 18 SS 241 Conspiracy against Rights
> Title 18 SS 1962 RICO ACT
> E.1.A. Section 1983 Restoration Civil rights Act

Mathematical formulas for deriving damages and damage values are available in attachment #7

This request is based on
two 50+ year old women Plaintiffs
with an anticipated retirement 10 to 17 years in the future
(67 years old)
Life expectancy of 90 years old
Separate Households
Living a middle income lifestyle
NOT ON ANY FEDERAL OR STATE DOLE
Taxes, living expenses, health care, elderly care
With substantially diminished physical capabilities requiring monthly ongoing rehab for back and disc issues due to sudden and unexpected closure of their business
Overall earning potential damaged due to loss of good reputation due to city of Trinidad criminality.
Destroyed the creditworthiness of two middle aged women
Now unable to qualify for any type of business, personal, housing, automobile purchase or repair or healthcare loan or financing
Separated from their personal savings and husband's death benefits due to criminality by the City of Trinidad Management and Trinidad Law Enforcement
In ten years or less to be unpaid caregivers to elderly dementing parent(s)
with Multiple Sclerosis

We respectfully request the Resolution and Relief be unequivocally granted by or before 21 days from this date July 11, 2017,
allowing the required 21 days for Answer of this Statement of Claim by this day, the request be granted on July 31, 2017.

Thank You
Kathryn Mullen Dallas, Texas
Laurette Lyon San Antonio, Texas

 **Gmail**

Kmra PanMedia <kmrapanmedia@gmail.com>

---

## Phil Rico

---

**Kmra PanMedia** <kmrapanmedia@gmail.com>                    Tue, Aug 2, 2016 at 1:02 PM
To: Gabriel Engeland <gabriel.engeland@trinidad.co.gov>, Jonathan Taylor <jonathan.taylor@trinidad.co.gov>

Dear Sirs,

Mayor Phil Rico is committing tortious actions against my company.

He has interfered with a private business deal he had no association with and has sullied my professional reputation.

I will not be bullied.

I demand an immediate apology in writing from Mayor Rico, reinstatement of my deal with Sherwin Williams or similar compensations and immediate reinstatement of our already approved Economic Development support.

Please let me know when we may speak ASAP after 430 pm today,
as I will be speaking to my Attorney in the morning..

Please include Les Downs in this correspondence as I do not have his email address.

Good Day

Kathryn Mullen
Managing Member
Wonderland LLC

Cc Barry Gainsberg Esq

Mayor Phil

1. Spoke with Phil in February about reinvigorating ghost signs
2. Sherwin Williams was ready to fully sponsor
3. Phil sells Valspar and asked I make the request from Valspar
4. Valspar Rep is misogynist and rude, never returning my calls and being very rude when he did, further only offered 1 sign worth of paint at a time with nothing in writing, no assurance of product to me, no assurance of replacement of inventory to Phil (Hardware store)
5. Valspar never acted
6. As President of my company I Procured a $5000 paint and accessories donation intended for use by Arts and Culture or a new mural project or whatever I deemed appropriate use for my/SH donation, ideally to beautify Trinidad/Walsenberg
7. Mayor Phil sells Valspar
8. When Phil found out SW had far out donated Valspar, Mayor Rico then sent me an email taking me off the project he was not part of, told me in no uncertain terms that the donation was MINE and  then CALLED MY CLIENT SHERWIN WILLIAMS AND QUEERED THE DEAL I HAD SET UP FOR MY COMPANY TO DO GOOD IN TRINIDAD/Walsenberg.

Mayor Rico
Called the police to harass me about my NON CANNABIS gift shop /420 lounge for having a sign up with the numbers 420,
sicced the City Manager on me and
and CANCELED MY ALREADY APPROVED ECONOMIC DEVELOPMENT SUPPORT.

All because I was able to procure a substantial paint and accessories donation to beautify Trinidad or Walsenberg from Sherwin Williams.

Mayor Rico has committed subterfuge against me, sullied my professional reputation and colored my client against me, in addition to him costing me the loss of an entire $5000 donation of supplies he was not involved in.  He is actively thwarting my right to life liberty and the pursuit of happiness, my right to peacefully assemble in my smoke lounge and my and my customers right to be private
He is clearly self enriching and has a stranglehold on anything beneficial to Trinidad.

I send you this just so you know… I finally have funds to send you $150 for the Non Circ and the Inc.
This guy is a bully and a jerk. NO ONE in city government likes him here. Many think he (two terms)  and his dad (two terms) think they know how to steal the elections.

I just wanted someone to know that the Mayor has a personal vendetta against me and is actively using it to sabotage my business and professional reputation.

 Gmail                                                    Kmra PanMedia <kmrapanmedia@gmail.com>

## Phil Rico

**Gabriel Engeland** <gabriel.engeland@trinidad.co.gov>                          Tue, Aug 2, 2016 at 1:29 PM
To: Kmra PanMedia <kmrapanmedia@gmail.com>, Jonathan Taylor <jonathan.taylor@trinidad.co.gov>, "Les S. Downs"
<lesdownslaw@comcast.net>, "les.downs@trinidad.co.gov" <les.downs@trinidad.co.gov>

Kate,

I am unavailable to speak after 430 today, as I have previously scheduled meetings this afternoon and this evening.  I am
happy to meet with you tomorrow at 4 or 430 if you are available.

You have stated that you are going to contact your attorney.  If that has already happened I will be unable to meet with
you without having Mr. Downs present, which may change tomorrow's availability.   Once you have made contact with
your attorney I respectfully ask that all communication from that point on take place with Mr. Downs exclusively.  I have
him as a CC on this email so you will have his contact information.

Thanks,

Gabe

Gabriel Engeland, City Manager
City of Trinidad
135 N. Animas Street
Trinidad, CO  81082
(719) 846-9843 ext. 132
(719) 680-7294 cell
Gabriel.Engeland@Trinidad.CO.Gov

_____

From: Kmra PanMedia [kmrapanmedia@gmail.com]
Sent: Tuesday, August 02, 2016 1:02 PM
To: Gabriel Engeland; Jonathan Taylor
Subject: Phil Rico
[Quoted text hidden]



THIS CERTIFIES THAT LICENSEE AS SHOWN HEREON IS HEREBY AUTHORIZED AND LICENSED TO ENGAGE IN THE BUSINESS LISTED BELOW IN STRICT COMPLIANCE WITH ALL ORDINANCES OF THE CITY OF TRINIDAD, COLORADO

FEED YOUR HEAD SHOPPE
KATE MULLEN/LAURIE LYON
419 W MAIN ST
TRINIDAD, CO 81082

BUSINESS

TYPE OF LICENSE

LICENSE VALID TO    2/28/2018

LICENSE

$ 50
AMOUNT

2017

0 - 6457

UNLESS REVOKED OR CANCELLED - NOT TRANSFERABLE

CITY CLERK

7/10/2017                                           Gmail - Vandalism to new business

 Gmail                                    **Kmra PanMedia <kmrapanmedia@gmail.com>**

---

## Vandalism to new business

---

**Kmra PanMedia <kmrapanmedia@gmail.com>**                    Tue, Oct 18, 2016 at 3:48 PM
To: Jonathan Taylor <jonathan.taylor@trinidad.co.gov>, info@lesdownslaw.com

Hi Jonathan.

Thank you for taking the time to review this email.
The purpose for my call on Tuesday morning was not to ask about replacement tires.
In fact my call to you when you were headed out to a meeting was about something far more important.

As you know the first weekend of September our locks were glued buy an unstable person here in Trinidad.

The next day the same unstable person accosted one of our customers at the Labor Day Parade shouting at him and  his affiliation with us and insulting him as a disabled veteran. You may not be aware that two days ago Sunday early morning our tires were cut on our 4Runner.

Besides it being my personal car it is our business car.
My concern and my purpose for emailing you is that once we finish out our Inn we will have potentially three to five cars out in front of our building at any time all night long.
Specifically, concern for the safety of my customers vehicles as well as the vehicles for the bed and breakfast across the street.

By the time that it's all said and done Wonderland LLC my company intends to own 419 West Main Street.
With renovations and improvements to the Green Space Outback we should be topping out about a 450000 - $500,000 investment in Vintage Real Estate in downtown Trinidad.
I am very concerned about my investment.
I am very concerned about the Trinidad Teen Beat police force their overzealous enforcement and lack of commitment to doing a good job to protect and serve.

When I called the Trinidad Police Department to respond to the third vandalism to our property not only did young little officer Corey Wold not bother investigating the crime instead he chose to take me to jail for a two-year-old parking ticket I was unaware of.

Clearly officer Wold could have investigated the crime and given me a warning about the warrant and I would have paid it first thing Monday morning.

My concern is for my half a million dollar investment in Trinidad.

My concern is also for the Texans and the Texas money that I bring into Trinidad and whether their investment will be safe and sound and protected by the Trinidad Police Department.

And more importantly the investors and myself bringing money into this fine City not be harassed for stupid things when we have called to report a crime.

I wonder what recommendations you have for me so that I might 1 file a complaint complaint against officer Cory Wald 2 get some Assurance from the city that my investment and the investment of others that I bring into this city will be protected and is of interest to the city of Trinidad economically and 3 some assurance that our young acne face overzealous enforcement teenage police force will make better judgement calls in the future.

I have interest at this moment for a purchase and the $700,000 elementary school off 2nd Street. From a Texas investor. I also have a client that is interested in purchasing a 40000 square foot structure for his business. All of these deals could occur within the next 6 months. My company's participation and concern for the benefit of Trinidad is more than surface. I do look forward to hearing from you at your earliest opportunity. Please feel free to make any recommendations you may see fit.

I also would appreciate any information you can give me with regard to the city and it's care and protection for its commercial businesses.

› I have included Les Downs City attorney for Trinidad on this communication.

Thank you
Respectfully
Kate Mullen

7/10/2017                                          Gmail - Addendum to complaint

 **Gmail**                                    Kmra PanMedia <kmrapanmedia@gmail.com>

## Addendum to complaint

**Kmra PanMedia** <kmrapanmedia@gmail.com>                    Wed, Oct 19, 2016 at 8:05 AM
To: Gabriel Engeland <gabriel.engeland@trinidad.co.gov>

Good morning city manager Engeland.

Thank you so much for filing the complaint against officer Core Wold on behalf of my business and myself.

Please know that, considering the circumstances, I am concerned about retaliation from the Teen Beat police force. I just want to have that on record.

Please consider this information below an addendum to the information provided in my first email.

The other officers involved were the officer Abogado whom we had filed our original report of our locks being glued and attempted to contact several times with more information about the vandalism but officer abogado never returned any of our calls.

Officer Proctor who apparently was his first arrest courtesy of Officer Cory Wold.

I would also like to reveal  that the  obese  Hispanic woman the jail nurse did not recognize the symptoms of hypoglycemia that I told them I had and displayed clearly.

Frther when I was  shaking uncontrollably ad a dry mouth was almost incoherent with slurred speech and unable to move to walk down the hallway the nurse said I was "faking it" and began to flail her arms about pretending to be me saying   " I can do that too". Further research indicated at the time I was in shock and displaying clear and basic signs of shock.
The woman that is in charge of the medical of your jail inmates had no idea what shock looks like.
She is inept and could cost you a huge lawsuit if an inmate were to die in custody of Trinidad/Las Animas County.

Again thank you for your assistance and guidance in this matter it is important that it be rectified.

Respectfully
Kate Mullen
Owner
Wonderland LLC

Please forgive any errors or misspellings in this email is my computer keyboard is having issues.

 Gmail                                    Kmra PanMedia <kmrapanmedia@gmail.com>

---

## Home Invasion statement

---

**Kmra PanMedia** <kmrapanmedia@gmail.com>                        Fri, Jan 6, 2017 at 1:00 PM
To: KMRA PanMedia <kmrapanmedia@gmail.com>, Gabriel Engeland <gabriel.engeland@trinidad.co.gov>

Hi Detective Lay!

Thank you for taking our call this morning regarding

our home invaded and forced entry and vandelism by the owner of ACS HVAC

into and onto my home and basement and sub-basement,  specifically the boiler,

on Thursday the 6th of January.

I would like this statement to be on record as the Trinidad police would not take a statement or report.

Please find attached a statement with regard to the invasion and subsequent vandalism that I witnessed being done by Mark/ David, whatever his name is of ACS to our boiler. His assistant Cisco as an assistant to the invasion.

Also, please find the newly fabricated invoice for services that were NOT performed, signed off on or requested.

We would like to pursue criminal charges against Mark/ David of ACS HVAC Trinidad.

Thank you for your assistance in this matter!

Regards

Kate Mullen
Co Owner
FEED YOUR HEAD SHOP
214-916-9888

---

|  **Invasion by ACS owner** |
|---|

At about 10:30 a.m. on June 6th Thursday

I was in my home office at
419 West Main Street Trinidad,
when I heard a knock on our door.
419 West Main Street is both our gift shop and our home.
I recognized one of the two men as Cisco and the truck they had gotten out of as an ACS heating and air conditioning vehicle.
Since it was snowing and our shop was closed,
 I unlocked the locked door and partially opened it about 8 inches to find out what what is the reason for their visit to my home / business.

Again, due to the snow and cold I had opened the door only about 8 inches and was blocking entry with my body.

 when the taller Caucasian man in the ACS uniform who I later found out is named either Mark or David, who was clearly agitated and angry before coming here

Mark / David AGGRESSIVELY pushed his way into my business,

 AGGRESSIVELY pushed his way past me

Trapping me between the glass door and the wall as he AND his assistant forced their way into my home as I asked them to stop and talk to me. What did they want.

I had to quickly lock the door to my home/ business and go after him as Mark / David went to our basement door then down to the subbasement.

He was yelling at me something about wanting to "take pictures of our boiler"

He proceeded to invade my home and Business,

going down two flights of stairs into the sub-basement of my home and Business

I was telling him to get out. Make an appointment if he had a problem and what did he want.

and as I entered the boiler room I watched him cut the wires three times on our boiler.

He then stormed back upstairs shoving me to the side with his body as he passed, as I stood in his his path to the stairs
As he rushed out he said he was now going to "erase the invoice" and stormed out of my home/ business.

The second man Cisco impeded my pursuit of the Caucasian man Mark/ David as best he could by walking slowly in front of me during the debacle until. Could get past him on the basement stairs.

The second man, Cisco, had responded to our request for an estimate of boiler repair in September.

Without doing anything he could tell the boiler needed complete rewiring simply by looking at it as the cover was already off and it was clear the wiring  had been rearranged.

 I had only one previous interaction with this Caucasian man named Mark or David.

 I had seen him in my business, when he came to our shop on a voluntary basis in October.

He had evidently taken it upon himself to come down and tell me what was wrong with my boiler that we had already determined via Cisco, the other boiler man.

I believe Mark/ David was trying to bill us for services unable to be rendered by Cisco.

ACS, Cisco or this person Mark/David did no work on our boiler.

ACS , Cisco or this person Mark/David knew we did not have the funds to execute the uninspected  unwritten guess of $1,200  by  Cisco, to repair the boiler.

this person Mark/David left the premises and was not seen again until 11:30am January 6th.

The invoice he left was fictitious, including a charge for " lubing motor bearings" ...On a boiler.

ACS services were NEVER UTILIZED OR CONTRACTED by our company.

There is NO SIGNED REQUEST FOR SERVICE NOR INVOICE ISSUED to us by ACS HVAC.

Mark/ David force entry into my home/ business

While he was clearly angry agitated and possibly dangerous to me.

He trapped me between the glass front door and the wall so he and his accomplice could gain entry.

Mark/ David shouted at me in my home/ business making me fear for my safety

Mark / David said he was there to " take pictures of" our boiler

When in fact he HAS NO PICTURES OF OUR BOILER.
Instead he cut the wires as I watched unable to stop him.
I am a victim of violence in the past and was upset and afraid after Mark/ David left.

After calming down I called the Trinidad police who determined themselves it to be a civil matter(?) And declined to take a report or statement saying  instead they were leaving. And did so.
The only definitive statement he did make was for ME the VICTIM to calm down or else…

My business partner could tell immediately the two cops were not interested and had no intent to do anything. And they didn't.


Thank you.

 Gmail                                          Kmra PanMedia <kmrapanmedia@gmail.com>

## Report of a prowler

**Kmra PanMedia <kmrapanmedia@gmail.com>**                          Fri, Jul 7, 2017 at 10:54 AM
To: Jennifer Lay <jennifer.lay@trinidad.co.gov>

Hi Det. Lay!

Please consider this email a report of suspicious activity around our business at 419 West Main Street in Trinidad Colorado.

Early this morning July 7th 2017 at about 12:15 a.m. I walked out onto our rooftop deck to get some fresh air. I observed a man with white hair in a ponytail and a baseball cap blue jeans and a dark colored shirt with a beer or can of some type in his hand, walk past Main and cannabis to our fence stop and look into our backyard then leaned on the fence and look around our backyard for a few minutes.

Then I observe this man walk in front of the permits building and between City Hall and the permits building. I observed him walk past our driveway while very interested in something in our driveway.

 I then came downstairs to make a cup of coffee and to sit on our basement patio.

When I opened the barn door to our patio I had a flashlight in my hand and was surprised to be shining it at this man with the gray ponytail in baseball cap standing in our backyard at the end of our driveway.

I then told the man he must immediately leave because I was calling the cops and he said " I'm going I'm going" and retreated he walked back up the driveway between City Hall and the permits building and then back up Animas Street towards Main and cannabis.
 The man called me by my name.

I deduced that the man was Brad Kirby who was a photographer for the Trinidad Chronicle and a photographer a client introduced us to when we first moved here to Trinidad.
We had hired him for some small contractors work and giving him a place to stay in our building while he was working on our building.
He did not fulfill his obligations, in fact we suspected him of producing porn by evidence of his video camera stand aimed at one of the Inn beds before the room was set up, while he was the only person in the building. He also invited in drunken friends who pissed  on our wall and carpet.
At the time we realized this we immediately asked him to leave and he was very upset.

I have seen him at our driveway before  in his silver blue van and told him at the time he needed to leave the area. We have posted no trespassing and private property signs all over the back yard area.
My business partners little trailer where she lives is in the backyard.
We have also had to call the cops on heroin dealers that are standing between City Hall and the permits building and have successfully reported one that was arrested.

It is important to us that we are taken care of and protected by Trinidad police. I am writing you this report as I did not want to call the cops out to our business again at midnight.

Please do reserve and file this report the man in our backyard on our private property on our driveway at approximately 12:15 to 12:30 last night was Brad Kirby the photographer for the Trinidad Chronicle. Apparently drunken.

Thank you.

Kate Mullen
Laurie'Lyon
214-916-9888
419 W Main St

 Gmail

**Kmra PanMedia <kmrapanmedia@gmail.com>**

---

## Report of a prowler

**Jennifer Lay** <jennifer.lay@trinidad.co.gov>                                    Fri, Jul 7, 2017 at 11:22 AM
To: Kmra PanMedia <kmrapanmedia@gmail.com>

Ms. Mullen,
Thank you for the information however you will need to contact our non-emergency line (719-846-4441) and request an officer to make a report; so that this incident can be properly filed with the Police Department. I suggest that while you are speaking with the officer you requested extra patrol around the area. Typically our officers do an excellent job of patrolling downtown but we need to know if there are problem areas. If you have any additionally concerns please do not hesitate to contact me.
Thank you,


Detective Jennifer Lay

160 East 1st Street

Trinidad, CO 81082

Phone # (719) 846-2993 ext. 205



---

This e-mail transmission (including any attachments) contains information that is confidential and may be legally privileged. It is intended for the use of the addressee only. If you received this e-mail in error, we request that you contact us immediately by telephone or return e-mail, and that you delete this message from your computer. If you are not the intended recipient, please be advised that any dissemination, distribution, or copying of this e-mail is strictly prohibited.

[Quoted text hidden]

Compensatory damages requested to be paid to Ms Mullen and Ms Lyon-
Although actual damages amount to more than $21 million, the Plaintiffs are only
requesting $21, 000,000 in damages

Damages Value

Disallowance of the guests of the business their constitutional right to assemble
$500000
Impeding of the business owners endeavor to "life, liberty and the pursuit of happiness"
$500000
Strong arm tactics used to close their business
$500,000
Emotional distress experienced by both plaintiffs due to the city closing the business
with no advance or written notice or reason provided.
$500,000
Severe physical stress from losing retirement funds due to the sudden and unanticipated
closure
 $250,000
Healthy reputation of the business destroyed
$150,000
Diminished professional reputation of both Ms Mullen and Ms. Lyon
$500,000
Destroyed ability and option to purchase building ($350,000)

Liability for unfulfilled 5 year lease to building owner (if first option to buy not taken)
($150,000)

Loss of provability that the business model can work ($250,000)

Loss of future earnings from the business concept proven viable for a franchisee
7,500,000 (750,000 x 10 years profitability)

Loss of future business earning from the sale of the viable business model to a second
buyer ($750,000)

Loss of future profitability from the sale and replicate the business model as a franchise
or corporation $5,000,000

Loss of future earnings from the original location business model success
(est $500,000- $750,000 per year x 5 years)
$3.750,000

Loss of retirement savings Ms Mullen ($40,000)

Loss of invested death benefits Ms Lyon   ($38,500)

Destroyed ability to pay outstanding utilities bill ($3500)

Loss of investment in business model development ($5000)

Loss of investment in inventory ($10,000)

Loss of investment in fixtures ($7500)

Loss of investment in furnishings ($10,500)

Loss of investment in recreation items ($2000)

Loss of deposit and rent value ($30,000)

Loss of value of improvements to the building ($5000)

Loss of ability to purchase building $350,000

Loss of building seller confidence in buyers (business owners) $150,000

Loss of saving to date set aside to purchase the building ($5700)

Loss of business itself $20,000

Loss of member base $200,000

Damage owners local business reputation $500,000

Damage Ms. Mullen's professional reputation out of state $200,000

Damage to Ms Mullen's personal reputation in the city of Trinidad $150,000

Damage to Ms. Lyon's personal reputation in the city of Trinidad $150,000

Loss of Ms Lyon's primary residence $36,000 (22 months x $3000)

Loss of Ms. Mullen's primary residence
$36,000 (12 months x $3000)

Disallowed Ms Mullen's pursuit of life liberty happiness $1,000,000

Disallowed Ms. Lyon's pursuit of life liberty and happiness $1,000,000

Disallowed the business owner's ability to provide a safe venue for travelers Freedom of Assembly $1,000,000

Damaged otherwise healthy business relationships $150,000

Anxiety attacks experienced by Ms Mullen onset from fear of retaliation by Mayor Phil Rico since April of 2016 incident (ref: email to CM Gabe Engelund 4/16) $150,000

Ms Mullen's severe anxiety attacks endured by Ms. Lyon caused Ms Lyon severe emotional distress $250,000

Depression experienced by loss of business, investment and reputation of Ms. Mullen $150,000

Depression experienced by loss of business, investment and reputation of Ms. Lyon $150,000
Repeated anxiety attacks thru present experienced by Ms Mullen $150,000
Exacerbated damage to Ms. Mullen's physical body from no help moving $100,000
Exacerbated damage to Ms Lyons physical body from no help moving $100,000
Loss of companionship of friends $500,000
Damage to creditworthiness of Ms Mullen $750,000
Damage to creditworthiness of Ms Lyon $750,000
Damage to Ms Mullen business as a Publicist by Audra Garrett who provided false information to a CBS News DFW Producer Joel Thomas and a CBS News Money Watch Producer Bruce Kennedy diminishing Ms Mullen's business credibility $500,000
Severe damage to Ms Mullen and Ms Lyon's 30 year friendship due to the stress and financial hardships caused by criminality, coercion and collusion of police, city management and certain private business owners $1,000,000
Diminished physicality of Ms Mullen due to stress of business closure $50,000
Diminished physicality of Ms Lyon due to stress of business closure $50,000

Strong arm tactics used to close our business displayed while guests were here
$250,000

Emotional distress due to the police visiting their business while guests were present
4150,000

Emotional distress experienced online due to collusion with private businesses
experienced by Ms. Mullen and Ms. Lyon
$200,000

Humiliated in front of their guests when police visit
$200,000

Assumed criminality of Ms. Lyon and Ms Mullen by their guests from police visits
$500,000

Loss of potential profits from guests leaving when police show up
$3500


Loss of future profitability from becoming a Daz Bog coffee retailer
$125,000

Loss of the Daz Bog coffee retailer opportunity
$25,000

Loss from the profits of the purchase of commercial espresso machine
($236,000 a year)


Loss of the profits of completed recent renovations
$100,000

Loss of the expenses for demolition of main floor partitions
$1500

Deprived of the profits from the Inn completion
$65,000

Cost of materials of improvements, updates and renovations to the building ($5600)


Loss of event sponsorships for April 20 celebrations ($16,000)


Loss of promotional events pending from March to June 2017 ($2000)


Loss of future profits from sponsored events $24,000


Loss of advertising and marketing invested $2000


Incurred sudden and unexpected moving and relocation expenses for both Ms Mullen
and Ms Lyon $8,000


Deprived owner of the building 419 W Main St Trinidad of viable buyers via investors
$350,000

Deprived owner of 419 W Main St of a second possible buyer by Audra Garrett offering a negative review about our business and our concept viability to that buyer $500,000

Kathryn Mullen and Laurette Lyon,
former owners of FEED YOUR HEAD SHOP
419 WEST MAIN ST TRINIDAD COLORADO


Filed and sent certified mail this day JUNE 5, 2017

Kathryn Mullen
Laurie' Lyon
OWNERS
FEED YOUR HEAD SHOP