IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01704-LTB

KATHRYN MULLEN, and
LAURETTE LYON,

    Plaintiffs,

v.

PHIL RICO, Mayor,
HENRY SOLANO, D. Attorney,
AUDRA GARRETT, Asst. City Manager,
TRINIDAD CITY COUNCIL (excluding Carlos Lopez), and
TRINIDAD LAW ENFORCEMENT (excluding Charles Glorioso),

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on December 13, 2017, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiffs.

DATED at Denver, Colorado, this 13 day of December, 2017.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk


                By: s/ *A. Garcia Garcia*
                Deputy Clerk